the Second Circuit granted. *Mr. Laurence Sovik* for petitioners. *Solicitor General Biddle* for respondent.

No. 486. POWERS *v.* COMMISSIONER OF INTERNAL REVENUE. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Ralph 'G. Boyd* for petitioner. *Solicitor General Biddle* for respondent.

No. 494. UNITED STATES *v.* RYERSON ET AL.; and

No. 495. RYERSON ET AL. *v.* UNITED STATES. November 12, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Biddle* for the United States. *Messrs. Walter T. Fisher* and *Wm. N. Haddad* for respondents in No. 494 and petitioners in No. 495. Reported below: 114 F. 2d 150.

No. 564. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* OREGON MUTUAL LIFE INSURANCE CO. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Biddle* for petitioner. *Mr. William Marshall Bullitt* for respondent.

No. 128. MOSBACHER *v.* UNITED STATES. See *ante,* p. 619.

No. 500. UNITED STATES *v.* SHERWOOD. November 18, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor Gen-*